IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HERMAN T. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-08-05-C |
| | ) | |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

Mr. Herman T. Clark filed a civil rights complaint. When he began the action, he requested leave to proceed *in forma pauperis*. The Court held a telephonic hearing with the Plaintiff regarding his pauper status, and the Plaintiff advised he would obtain disbursement from his savings account to pay the filing fee. Subsequently, Plaintiff has paid the filing fee. Accordingly, the Court should deny the motion for pauper status (Doc. 2) on grounds of mootness.

The Plaintiff is advised of his right to object to this report and recommendation by February 6, 2008. *See* W.D. Okla. LCvR 72.1. If the Plaintiff does object, he must file a written objection with the Court Clerk for the United States District Court, Western District of Oklahoma. The Plaintiff is further advised that if he does not timely object, he would waive his right to appellate review over the denial of pauper status. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

The referral is not terminated.

Entered this 17th day of January, 2008.

_Robert E. Bacharach_
Robert E. Bacharach
United States Magistrate Judge