IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HERMAN T. CLARK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OKLAHOMA DEPARTMENT OF )<br>CORRECTIONS, *et al.*, )<br>)<br>Defendants. ) | Case Number CIV-08-05-C |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on January 17, 2008.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted.  Plaintiff's request proceed *in forma pauperis* is DENIED.

IT IS SO ORDERED this 26th day of February, 2008.

ROBIN J. CAUTHRON  
United States District Judge