IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HERMAN T. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-08-05-C |
| | ) | |
| LAVONNA BARTLING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Report and Recommendation**

One of the defendants is a fictitiously named party, "John Doe, Department of Corrections Employee." The Plaintiff has moved for voluntary dismissal of the claims against John Doe,[1] and the other defendants have consented.[2] In light of the consent, the undersigned recommends that the Court grant the Plaintiff's motion for voluntary dismissal of the claims against John Doe.[3]

---

[1]   Doc. 82.

[2]   Doc. 71 at p. 3.

[3]   *See* Fed. R. Civ. P. 41(a)(2).

Any party may file written objections with the Clerk of the United States District Court.[4] The deadline for objections is May 20, 2009.[5] The failure to file timely objections would result in waiver of the right to appeal the suggested ruling.[6]

This report does not terminate the referral.

Entered this 28th day of April, 2009.

*[signature]*
Robert E. Bacharach
United States Magistrate Judge

---

[4]  *See* 28 U.S.C. § 636(b)(1).

[5]  *See* W.D. Okla. LCvR 72.1.

[6]  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also Marshall v. Chater*, 75 F.3d 1421, 1426 (10th Cir. 1996) ("Issues raised for the first time in objections to the magistrate judge's recommendation are deemed waived.").