IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HERMAN T. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-08-0005-C |
| | ) | |
| LEON WILSON and JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on April 28, 2009. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 87) of the Magistrate Judge is adopted, Plaintiff's Motion to Dismiss John Doe Without Prejudice (Dkt. No. 82) is granted, and Defendant John Doe is dismissed without prejudice.

IT IS SO ORDERED this 27th day of May, 2009.

ROBIN J. CAUTHRON
United States District Judge